# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1912

_____

| | | |
|---|---|---|
| Charles Armstrong, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| State of Missouri; Mel Carnahan, | * | |
| Governor; St. Louis County, Missouri; | * | |
| Buzz Westfall, County Executive; | * | |
| St. Louis County Government; City | * | |
| of Vinita Park; Virginia Bira, Mayor | * | |
| of Vinita Park, Missouri; Daniel B. | * | Appeal from the United States |
| Kramer, Vinita Park, Missouri, | * | District Court for the Eastern |
| Municipal Court Judge; R. Hartz, | * | District of Missouri. |
| Vinita Park, Missouri, City Marshall; | * | |
| Richard Aites, Vinita Park, Missouri | * | (UNPUBLISHED) |
| Police Officer; Unknown Mudd, | * | |
| Vinita Park, Missouri Police Officer; | * | |
| Unknown Vinita Park, Missouri, City | * | |
| Court; Ku Klux Klan, Overland, | * | |
| Missouri; Ku Klux Klan, of the State | * | |
| of Missouri, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: December 22, 2000

Filed: January 5, 2001

_____

Before McMILLIAN, BOWMAN, and MORRIS SHEPPARD ARNOLD, Circuit
Judges.

_____

PER CURIAM.

Charles Armstrong appeals the district court's[1] order dismissing without prejudice his pro se civil rights complaint against numerous defendants. After careful review of the record, we conclude that Mr. Armstrong's complaint was frivolous and failed to state a claim. See 28 U.S.C. § 1915(e)(2)(B)(i), (ii); Bray v. Alexandria Women's Health Clinic, 506 U.S. 263, 267-68 (1993); West v. Atkins, 487 U.S. 42, 48 (1988); Martin v. Sargent, 780 F.2d 1334, 1337 (8th Cir. 1985). Accordingly, we affirm. See 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.